1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  ISAAC S. STEVENS, ESQ. (SBN 251245)
   DAVID D. KING, ESQ. (SBN 252074)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95811
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  JEFFREY HORTON, ESPERANZA ABARCA, )   CASE NO.
    YOLANDA ADAMS, SIMON AKAKA, )
11  RYAN ALLIGUE, EDITH ARCEO, SAUL )
    ARCOS, THOMAS BALLAS, MICHAEL )   **COMPLAINT FOR VIOLATIONS OF**
12  BANAG, LAURA BARRAGAN, RAJIND )   **THE FAIR LABOR STANDARDS**
    BASI, KAREN BAUTISTA, RANDAL )   **ACT**
13  BEEBE, JOSEPH BELLECCI, STACY )   **[29 USC § 201, et seq.]**
    BERRY, GARY BERTUCCELLI, ALAN )
14  BLALOCK, MARCEL BONAARDD, )
    MICHAEL BOYCE, ROBIN BOYLE, BRENT )   COLLECTIVE ACTION (F.L.S.A. § 216)
15  BUGARIN, CHELSI BURGESS, SHAWNA )
    BUTLER, ARTHUR CANO, JAMES CAREY, )
16  GIL CASTANON, MIA CASTELLANOS, )
    JOSE  CASTORENA,  IGNACIO )
17  CERVANTES, JOSE CERVANTES, REAGAN )
    CHAN,  FRANCISCO  CHIQUILLO, )
18  CORTNEY CHRISTOPHER, CHRISTINA )
    CHUNG, MARK COLEMAN, DAVID COOK, )
19  KIMBERLY CORLEY, DAISY LU )
    CORNEJO, ALBERTO CORTES, CARLO )
20  COTTENGIM, CHRISTINA CRABTREE, )
    LEON CRAFT, TANA CROWE, JACOB )
21  CULLERS,  KATRINA  CULVERSON, )
    RUBEN DA SILVA, STACEY DAHILL, )
22  JEFFREY  DAIGLE,  ALAN  DANG, )
    HARBHAJAN DASS, TANEYA DAVIS, )
23  HARRY DAYDUFF, NICOLE DE LA RIVA, )
    DONDI  DECENA,  COSSONDRA )
24  DEHERRERA, RUDY DEL REAL, MARCOS )
    DIAZ, SANDY DO, NADINE DONALDSON, )
25  LATRICE DOUGLAS, MELISSA DUGAN, )
    DENISE EASTERLING, DIANA ELLERING, )
26  ROSALIND ERBY, MONIQUE ESPITIA, )
    PAUL ESTEVES, EMMANUEL ESTRADA, )
27  CARLOS  ESTRELLA,  SHANNON )
    EUBANKS, BRITTANY EVELETH,
28

---

Complaint for Violations of the FLSA                    *Horton* v. *County of Sacramento*
                                                        Eastern District Court of California

SALESA FAALAU, TAYLOR FEIGIN,
YESENIA FELIX, MARIA FERNANDEZ,
EDWARD FONG, ADAM FRAZIER,
JENNIFER FRITZ, SHANNON GASPER,
KHALILAH GILDERSLEEVE , RACHEL
GOMEZ, JUSTIN GOMPERT, JENNIFER
GRAHAM, ASHLIE GRAY, MARIA
GRIFFITTS, YANETT GUERRERO,
JEFFREY GUSTAFSON, ROSS HAINES,
BRIAN HAM, KEITH HARRISON, KENNY
HEE, RAMONA HERRERA, CHARLES
HINES, ABBIE HOGG, DENNIS HOLLAR,
MYCSHIA HUDSON, MICHELLE
INGOLDSBY, BRIAN INIGUEZ,
CRISTOPHER JACKSON, CASSIE
JACKSON, AUDREY JONES, AMANI
JONES, SHELLEY KAISER, NATASHA
KERAWALA, TOMASA KIZER, JENNIE
KOREEN, TIMOTHY KUWAZAKI,
JOSEPH LANDENBERGER, LARINO
LAZO, JASON LENTEN, AIMEE
LESCALLETT, JEFFREY LEVASSEUR,
CHARLES LEWIS, LOGAN LINARES,
SYLVIA LONG, EDUARDO LOPEZ,
MONIKA LOPEZ, ZAHRA LOTFDLIAN,
ROBERT LUNA, GABO LY, LARRY
MACKEY, AMANDEEP MANN, LAURA
MARTINEZ, MATTHEW MCCLENAHEN,
ERICA MCGUIRE, DOMINA MISE,
ARLENA MITROVIC, JOSH MORENO,
GRANT MURRAY, MATTHEW NAVA,
JOHN NEWSOME, MICHAEL OCAMPO,
SARAH OWNBEY, RONALD PARKER,
DHARMENDRA PEGANY, PETER PEREZ,
PAUL PHAM, STARLIE PINES, KRISTIN
PLAIN, PATRICE PRATT, MICHEL
RAMIREZ, FRANCISCO RECINOS,
CHARLES RICH, CHEREE ROBINSON,
MICHAEL SANDERS, GITA
SIROOSMEHR, KEYANA SMITH, JASON
SOMERA, JASON STALDER, KALILI
STALLWORTH, DIANNE STEELE, PATTY
STIVER, GREGORY STUBER, JAMES
SUMNER, LINDSAY TAMAGNI, LATOYA
TAYLOR, ALEXANDER TAYLOR, JAMES
TERRELL, IOHLA THOMAS, DAVID
THOMPSON, JOSEPH TORRES, JUSTIN
TRACY, GREGORY TURNER,
CHRISTINA VOYCE, TONDALAY WEBB,
CHAKA WILSON, JOE WILSON, JAMES
WILSON, JOANNA WILSON, PAO
XIONG, SHAWN XIONG,

Complaint for Violations of the FLSA

-2-

*Horton v. County of Sacramento*
Eastern District Court of California

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

SALESA FAALAU, TAYLOR FEIGIN, YESENIA FELIX, MARIA FERNANDEZ, EDWARD FONG, ADAM FRAZIER, JENNIFER FRITZ, SHANNON GASPER, KHALILAH GILDERSLEEVE , RACHEL GOMEZ, JUSTIN GOMPERT, JENNIFER GRAHAM, ASHLIE GRAY, MARIA GRIFFITTS, YANETT GUERRERO, JEFFREY GUSTAFSON, ROSS HAINES, BRIAN HAM, KEITH HARRISON, KENNY HEE, RAMONA HERRERA, CHARLES HINES, ABBIE HOGG, DENNIS HOLLAR, MYCSHIA HUDSON, MICHELLE INGOLDSBY, BRIAN INIGUEZ, CRISTOPHER JACKSON, CASSIE JACKSON, AUDREY JONES, AMANI JONES, SHELLEY KAISER, NATASHA KERAWALA, TOMASA KIZER, JENNIE KOREEN, TIMOTHY KUWAZAKI, JOSEPH LANDENBERGER, LARINO LAZO, JASON LENTEN, AIMEE LESCALLETT, JEFFREY LEVASSEUR, CHARLES LEWIS, LOGAN LINARES, SYLVIA LONG, EDUARDO LOPEZ, MONIKA LOPEZ, ZAHRA LOTFDLIAN, ROBERT LUNA, GABO LY, LARRY MACKEY, AMANDEEP MANN, LAURA MARTINEZ, MATTHEW MCCLENAHEN, ERICA MCGUIRE, DOMINA MISE, ARLENA MITROVIC, JOSH MORENO, GRANT MURRAY, MATTHEW NAVA, JOHN NEWSOME, MICHAEL OCAMPO, SARAH OWNBEY, RONALD PARKER, DHARMENDRA PEGANY, PETER PEREZ, PAUL PHAM, STARLIE PINES, KRISTIN PLAIN, PATRICE PRATT, MICHEL RAMIREZ, FRANCISCO RECINOS, CHARLES RICH, CHEREE ROBINSON, MICHAEL SANDERS, GITA SIROOSMEHR, KEYANA SMITH, JASON SOMERA, JASON STALDER, KALILI STALLWORTH, DIANNE STEELE, PATTY STIVER, GREGORY STUBER, JAMES SUMNER, LINDSAY TAMAGNI, LATOYA TAYLOR, ALEXANDER TAYLOR, JAMES TERRELL, IOHLA THOMAS, DAVID THOMPSON, JOSEPH TORRES, JUSTIN TRACY, GREGORY TURNER, CHRISTINA VOYCE, TONDALAY WEBB, CHAKA WILSON, JOE WILSON, JAMES WILSON, JOANNA WILSON, PAO XIONG, SHAWN XIONG,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

---

Complaint for Violations of the FLSA

-2-

*Horton* v. *County of Sacramento*
Eastern District Court of California

| | |
|---|---|
| MAI LEE YANG and ANDREW YOUNG acting for themselves and others similarly situated | ) ) ) |
| | ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| COUNTY OF SACRAMENTO | ) ) |
| Defendant. | ) ) |

## JURISDICTION

1.  This action is brought pursuant to the provisions of the Fair Labor Standards Act (hereinafter "FLSA"), 29 USC §§ 207 *et seq.,* to recover from Defendant COUNTY OF SACRAMENTO unpaid overtime compensation, interest thereon, liquidated damages, costs of suit and reasonable attorneys' fees.  Jurisdiction is conferred on this Court by 28 USC § 1331 and §216(b) of the FLSA.  This Court has subject matter jurisdiction of this action pursuant to 29 USC § 207 *et seq.*

2.  Plaintiffs hereinafter-mentioned are or were employed by Defendant COUNTY OF SACRAMENTO (hereinafter "Defendant" or "County").  Plaintiffs are members of the Sacramento County Probation Association, Probation Non-Supervisory Unit.  Individual consents to be included as Plaintiffs in this action are attached hereto as Exhibit "A".

3.  Defendant is a political subdivision of the State of California and employed the Plaintiffs at all times mentioned herein.

4.  Plaintiffs bring this action on behalf of themselves and all other persons similarly situated who work or have worked for the Defendant and were deprived of their complete statutory overtime compensation. Those individuals similarly situated constitute a well-defined community of interest in the questions of law and fact.  The claims of the represented Plaintiffs are typical of the claims of those similarly situated.

5.  The represented Plaintiffs will fairly and adequately reflect and represent the interest

1   of those similarly situated.   There is no conflict as to any individually named Plaintiff and other

2   members of the class with respect to this action or with respect to the claims for relief herein set

3   forth.

4   **COLLECTIVE ACTION ALLEGATIONS**

5       6.    Plaintiffs bring this action as a collective action on their own behalf and on behalf of

6   all others similarly situated under the provisions of 29 U.S.C. § 216 for damages, liquidated damages

7   under a three year statute of limitations, and relief incident and subordinate thereto, including costs

8   and attorneys' fees.

9       7.    The class represented by Plaintiffs and of which Plaintiffs are themselves members

10   consists of current employees and former employees of Defendant, whom Defendant failed to fully

11   compensate in the statutorily required amounts for all hours of overtime worked.

12       8.    The exact number of members of the class identified and described above is not

13   known, but is estimated to be not less than 170 members.  The class is so numerous that joinder of

14   individual members herein is impracticable.

15       9.    Common questions of law and fact in the action exist that relate to and affect the

16   rights of each member of the class, namely, whether Defendant has properly computed Plaintiffs'

17   "regular rate" of pay and owes Plaintiffs additional overtime compensation for hours of work

18   performed in excess of Plaintiffs' forty (40) hour workweek or applicable pay period.

19       10.    The attorneys for Plaintiffs are experienced and capable in the field of the FLSA and

20   labor/employment litigation and have successfully represented claimants in other litigation of this

21   nature. Of the attorneys designated as counsel for Plaintiffs, David P. Mastagni, David E. Mastagni,

22   David D. King, and Isaac S. Stevens will actively conduct and be responsible for Plaintiffs' case

23   herein.

24       11.    This action is properly maintained as a collective action because the prosecution of

25   separate actions by individual members of the class would create a risk of varying adjudications with

26   respect to individual members of the class, which would establish incompatible standards of conduct

27   for the Defendant and, as a practical matter, be dispositive of the interests of the other members not

28   parties to the adjudications, or substantially impair or impede their ability to protect their interests.

Complaint for Violations of the FLSA

-4-

*Horton* v. *County of Sacramento*
Eastern District Court of California

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

## FACTUAL ASSERTIONS

12.    Plaintiffs repeat and re-allege each allegation above as though set forth fully herein.

13.    Plaintiffs' complaint addresses Defendant's violations committed within the statute of limitations period of three years from the filing of Plaintiffs' Consent to be Included in the instant action until the present (hereinafter "Relevant Time Period").

14.    Plaintiffs are or were employed by the Defendant during the Relevant Time Period. Plaintiffs' and Defendant's employment relationship is governed by the terms of applicable memoranda of understanding ("MOU") or collective bargaining agreements ("CBA") relating to Plaintiffs' respective bargaining units.  Said documents delineate the terms and conditions of employment for the Plaintiffs.

15.    The MOU between Plaintiffs' bargaining unit representative Sacramento County Probation Association (hereinafter "SCPA") and Defendant include salary steps which provide that Plaintiffs are compensated based upon a base salary intended to compensate them for a fixed number of hours per work period.

16.    Section 8 of the MOU provides that "employee shall receive night shift differential pay if he/she is regularly scheduled to work one-half or more of his/her work period before 8 a.m. or after 5 p.m." and that "effective October 3,1982, an employee shall receive 7-1/2% of his/her standard daily rate for each shift he/she is regularly scheduled to work."

17.    29 U.S.C. § 207(e) requires the inclusion in the "regular rate" of pay all remuneration for employment except seven specified types of payments not applicable to this action. The Department of Labor and the Courts have long required the inclusion of shift differentials in the regular rate of pay. 29 C.F.R. § 778.207; *Bay Ridge Operating Co.* v. *Aaron*, 334 U.S. 446 (1948); *Featsent* v. *City of Youngstown* 70 F.3d 900, 904 (6th Cir.,1995); *Schmitt* v. *State of Kan.*, 844 F.Supp. 1449 (D.Kan.,1994); *Herman* v. *City of St. Petersburg*, FL, Police Dept. 131 F.Supp.2d 1329, 1332 (M.D.Fla.,2001); Opinion Letter, Dept. Of Labor, 1999 WL 1002353 (January 8, 1999).

18.    Defendant has a policy and practice of paying Plaintiffs' overtime compensation at a rate of one and one-half of Plaintiffs' "base hourly rate" and excluding or under counting certain remunerations, nondiscretionary bonuses, incentive pays, extra compensations, and/or premium pays,

Complaint for Violations of the FLSA

-5-

*Horton* v. *County of Sacramento*
Eastern District Court of California

1    including the night shift pay.

2         19.    Accordingly, Defendant is not properly calculating the "regular rate" of pay upon

3    which Plaintiffs' overtime compensation is based.

4         20.    Defendant impermissibly excludes or under calculates nondiscretionary bonuses,

5    incentive pays, pay differentials, night shift pay, longevity pays, extra compensations, premium pays,

6    and retroactive salary increases from its calculation of the "regular rate" of pay upon which

7    Plaintiff's overtime compensation is based.

8         21.    Defendant has admitted to failing to include night shift pay in Plaintiffs' regular rate

9    of pay.  Defendant has further admitted that Plaintiffs are owed back pay.  Defendant declined to

10    enter into the tolling agreement offered by Plaintiffs in order to facilitate informal resolution of

11    Plaintiffs' claims.

12         22.    Defendant's method of computing overtime payments reduced the amount of

13    overtime paid to the Plaintiffs by failing to include all statutorily required amounts in Plaintiffs'

14    "regular rate" of pay.  As a result, Defendant has withheld a substantial amount of overtime

15    compensation due Plaintiffs by incorrectly and illegally computing Plaintiffs' "regular rate" of pay,

16    in violation of the 29 U.S.C. § 207.

17         23.    Plaintiffs are informed and believe and therefore allege that Defendant was

18    repeatedly notified of the FLSA requirements and of its improper and illegal overtime calculation

19    methods and has failed to properly compensate Plaintiffs.  Plaintiffs are informed and believe and

20    therefore allege the Defendant has refused to abide by requests to cease and desist from violating

21    overtime laws under the FLSA and provide Plaintiffs the compensation they are owed, including

22    liquidated damages.

23         24.    Defendant's conduct was willful and constituted a conscious or reckless disregard for

24    the law.  Defendant knew or should have known its method of calculating the "regular rate" and

25    providing overtime compensation violated the FLSA.

26    //

27    //

28    //

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
912 I STREET
SACRAMENTO, CALIFORNIA 95811

### FIRST CAUSE OF ACTION
**For Failure to Provide Overtime Compensation**
**to Plaintiffs at one and one-half times their "regular rate" of pay**

25.    Plaintiffs incorporate each and every paragraph above inclusive as though set forth fully herein.

26.    Pursuant to 29 U.S.C. § 207 (a)(2)(c) and (k) an employer cannot employ an employee for more than forty hours in a workweek or for more than a statutorily determined number of hours in a given workweek unless "such employee receives compensation for his employment in excess of the hours specified above at a rate not less than one and one-half times the regular rate at which he is employed."

27.    Pursuant to 29 U.S.C. § 207(e) "the 'regular rate' at which an employee is employed shall be deemed to include all remuneration for employment paid to or on behalf of the employee but" excludes specifically delineated payments detailed under section (e). The exclusions are not applicable to this action.

28.    The FLSA and corresponding authorities define the "regular rate" of pay as including, but not limited to, such remuneration as night shift pay, career and education incentive pay, nondiscretionary bonuses, other incentive pays, pay differentials, longevity pays, bilingual pay, extra compensations in lieu of holiday pay, and premium pays.

29.    The MOU between the Plaintiffs' recognized bargaining unit agents and Defendant provide Plaintiffs a nondiscretionary right to additional compensation and pay, including night shift pay. These additional pays and compensation must be included in the calculation of the Plaintiffs' "regular rate" of pay for purposes of determining overtime compensation.

30.    Plaintiffs are informed and believe and therefore allege Defendant was aware of and had been notified it was violating the FLSA. Plaintiffs are informed and believe and therefore allege Defendant had been asked to cease and desist from continuing to engage in said illegal conduct and provide back-payment for the full amount of overtime due. Defendant ignored such admonishments and failed to provide Plaintiffs all overtime compensation to which they are entitled.

31.    Defendant is depriving Plaintiffs of their full statutorily required compensation for

---

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

1   overtime hours worked by using illegal compensation computation methods, which undercount

2   Plaintiffs' "regular rate" of pay.  Defendant's method of calculating Plaintiffs' "regular rate" of pay

3   reduces the amount of compensation Plaintiffs receive for overtime hours worked, in violation of

4   the FLSA.

5         32.     Plaintiffs are informed and believed and therefore allege that, at all times herein

6   mentioned, Defendant and its agents and/or representatives were aware of their obligations to

7   properly compute and apply the correct "regular rate" of pay in calculating Plaintiffs' overtime

8   compensation.

9         33.     Plaintiffs are informed and believed and therefore allege that Defendant and its agents

10   and/or representatives willfully and knowingly violated the FLSA by improperly excluding certain

11   remunerations, including night shift pay,  from the calculation of the "regular rate" of pay.

12         34.     Defendant's continuing failure to properly compensate Plaintiffs is not in good faith

13   and is a willful violation of the FLSA as it applies to employees of local governments.

14         35.     As a result of the FSLA violations alleged herein, Plaintiffs seek damages for lost

15   overtime compensation and liquidated damages.  Plaintiffs seek these damages for the entire time

16   period that Defendant has engaged in said unlawful conduct, beginning three years from the filing

17   of each individual Plaintiffs' Consent to be Included until the present.

18         36.     Plaintiffs also seek reasonable attorneys' fees and costs pursuant to 29 USC Section

19   216(b).

20   WHEREFORE Plaintiffs pray judgment as follows:

21         1.     For recovery of unpaid overtime compensation and interest thereon plus an equal

22              amount of liquidated damages for all Plaintiffs pursuant to 29 USC § 216(b).

23         2.     For a determination that Defendant's conduct was reckless and/or an intentional,

24              knowing, and willful violation of the FLSA, and therefore Plaintiffs are entitled to

25              recover damages for the three years prior to the commencement of this action

26              forward;

27         3.     For reasonable attorneys' fees pursuant to 29 USC § 216(b);

28         4.     For costs incurred as a result of this proceeding;

Complaint for Violations of the FLSA

-8-

*Horton v. County of Sacramento*
Eastern District Court of California

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

5.  For injunctive relief ordering the Defendant to cease and desist from engaging in said unlawful conduct by calculating the "regular rate" computation consistent with the requirements of the FLSA;

6.  For prejudgment interest on the overdue overtime wages;

7.  For such other and further relief as the court deems just and proper.

Dated:   __March 20, 2009__                    **MASTAGNI HOLSTEDT AMICK MILLER JOHNSEN & UHRHAMMER**

                                                By:_____/s/_____
                                                     DAVID E. MASTAGNI
                                                     Attorney for Plaintiffs

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself      )    Case No.:
   and others similarly situated           )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                  Plaintiffs,              )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                      )    **216(b)]**
                                           )
14 COUNTY OF SACRAMENTO,                   )
                                           )
15                Defendant.               )

16      I have been employed by the County of Sacramento within the last three years from the date

17 indicated below, and I am generally familiar with the above-captioned litigation.  The County of

18 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

19 Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

20 litigation and to be awarded damages if any are recovered.  I understand that the law offices of

21 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

22 that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

23 to make all decisions with respect to the conduct and handling of this case, including the settlement

24 thereof as they deem appropriate and/or necessary.

25 Dated: 1/16/ , 2009            *Jeffrey P. Horton*
                                   Signature of Individual
26

27                                 Jeffrey P Horton
                                   Printed Name of Individual
28

CONSENT TO BE INCLUDED                 *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself        )    Case No.:
    and others similarly situated             )
12                                            )    **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,           )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                        )    **216(b)]**
                                              )
14  COUNTY OF SACRAMENTO,                     )
                                              )
15                      Defendant.            )

16

17          I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

26  Dated: *Jan. 27*, 2009          _____
                                     Signature of Individual

27                                   *Esperanza Abarra*
                                     Printed Name of Individual

28

---

CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN  DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself        )    Case No.:
    and others similarly situated             )
12                                            )    **CONSENT TO BE INCLUDED AS AN**
                         Plaintiffs,          )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                        )    **216(b)]**
                                              )
14  COUNTY OF SACRAMENTO,                     )
                                              )
15                       Defendant.           )

16          I have been employed by the County of Sacramento within the last three years from the date

17  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

18  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

19  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

20  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

21  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

22  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

23  to make all decisions with respect to the conduct and handling of this case, including the settlement

24  thereof as they deem appropriate and/or necessary.

25  Dated:___1 / 16 /____, 2009

26                                                 _____
                                                   Signature of Individual
27                                                 ___Simon____AKAKA_____
                                                   Printed Name of Individual
28

CONSENT TO BE INCLUDED                                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8                 IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself        )   Case No.:
   and others similarly situated             )
12                                           )   **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,            )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                        )   **216(b)]**
                                             )
14 COUNTY OF SACRAMENTO,                     )
                                             )
15                    Defendant.            )

16

17         I have been employed by the County of Sacramento within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of

19 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21 litigation and to be awarded damages if any are recovered. I understand that the law offices of

22 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 that this consent form will be filed with the court pursuant to 29 USC 216(b). I authorize said counsel

24 to make all decisions with respect to the conduct and handling of this case, including the settlement

25 thereof as they deem appropriate and/or necessary.

26 Dated: 1 | 16 , 2009          _____
         January, 16             Signature of Individual

27                               _____
                                 Printed Name of Individual

28

CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself        )  Case No.:
   and others similarly situated             )
12                                           )  **CONSENT TO BE INCLUDED AS AN**
                  Plaintiffs,               )  **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                        )  **216(b)]**
                                            )
14 COUNTY OF SACRAMENTO,                     )
                                            )
15               Defendant.                 )

16     _____

17          I have been employed by the County of Sacramento within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21 litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24 to make all decisions with respect to the conduct and handling of this case, including the settlement

25 thereof as they deem appropriate and/or necessary.

26 Dated: __1/16/_____, 2009        _____
                                        Signature of Individual

27                                       EDITH ARCEO
                                        _____
28                                       Printed Name of Individual

_____

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1    DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2    DAVID D. KING, ESQ. (SBN 252074)
    ISAAC S. STEVENS, ESQ. (SBN 251245)
3    **MASTAGNI, HOLSTEDT, AMICK,**
    **MILLER, JOHNSEN & UHRHAMMER**
4    *A Professional Corporation*
    1912 "I" Street
5    Sacramento, California 95814
    Telephone: (916) 446-4692
6    Facsimile: (916) 447-4614

7    Attorneys for Plaintiffs

8             IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11    JEFFREY HORTON, acting for himself    )     Case No.:
    and others similarly situated         )
12                              )     **CONSENT TO BE INCLUDED AS AN**
                              )     **INDIVIDUAL PLAINTIFF [29 USC**
13               Plaintiffs,       )     **216(b)]**
    v.                                  )
14    COUNTY OF SACRAMENTO,        )
                                 )
15               Defendant.       )

16

17        I have been employed by the County of Sacramento within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of

19 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21 litigation and to be awarded damages if any are recovered. I understand that the law offices of

22 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 that this consent form will be filed with the court pursuant to 29 USC 216(b). I authorize said counsel

24 to make all decisions with respect to the conduct and handling of this case, including the settlement

25 thereof as they deem appropriate and/or necessary.

26 Dated: __1/27__, 2009          _____
                                    Signature of Individual

27                                   _____
                                    Printed Name of Individual

28

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | DAVID D. KING, ESQ. (SBN 252074)
ISAAC S. STEVENS, ESQ. (SBN 251245)
3 | **MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
4 | *A Professional Corporation*
1912 "I" Street
5 | Sacramento, California 95814
Telephone: (916) 446-4692
6 | Facsimile: (916) 447-4614

7 | Attorneys for Plaintiffs

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | JEFFREY HORTON, acting for himself  ) Case No.:
and others similarly situated  )
12 |  ) **CONSENT TO BE INCLUDED AS AN**
 ) **INDIVIDUAL PLAINTIFF [29 USC**
13 | Plaintiffs,  ) **216(b)]**
v.  )
14 |  )
COUNTY OF SACRAMENTO,  )
15 |  )
Defendant.  )

16 |

17 |     I have been employed by the County of Sacramento within the last three years from the date

18 | indicated below, and I am generally familiar with the above-captioned litigation. The County of

19 | Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 | Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21 | litigation and to be awarded damages if any are recovered. I understand that the law offices of

22 | Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 | that this consent form will be filed with the court pursuant to 29 USC 216(b). I authorize said counsel

24 | to make all decisions with respect to the conduct and handling of this case, including the settlement

25 | thereof as they deem appropriate and/or necessary.

Dated: January 16 , 2009

26 | _____
Signature of Individual

27 | Thomas Ballas
_____
Printed Name of Individual

28 |

1    DAVID P. MASTAGNI, ESQ. (SBN 57721)
     DAVID E. MASTAGNI, ESQ. (SBN 204244)
2    DAVID D. KING, ESQ. (SBN 252074)
     ISAAC S. STEVENS, ESQ. (SBN 251245)
3    **MASTAGNI, HOLSTEDT, AMICK,**
     **MILLER, JOHNSEN & UHRHAMMER**
4    *A Professional Corporation*
     1912 "I" Street
5    Sacramento, California 95814
     Telephone: (916) 446-4692
6    Facsimile: (916) 447-4614

7    Attorneys for Plaintiffs

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   JEFFREY HORTON, acting for himself<br>and others similarly situated )<br>12                       )<br>13            Plaintiffs, )<br>      v.                  )<br>14   COUNTY OF SACRAMENTO, )<br>15           Defendant. )<br>                     ) | Case No.:<br><br>**CONSENT TO BE INCLUDED AS AN<br>INDIVIDUAL PLAINTIFF [29 USC<br>216(b)]** |

16

17        I have been employed by the County of Sacramento within the last three years from the date

18   indicated below, and I am generally familiar with the above-captioned litigation. The County of

19   Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20   Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21   litigation and to be awarded damages if any are recovered. I understand that the law offices of

22   Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23   that this consent form will be filed with the court pursuant to 29 USC 216(b). I authorize said counsel

24   to make all decisions with respect to the conduct and handling of this case, including the settlement

25   thereof as they deem appropriate and/or necessary.

     Dated: _January 28_, 2009             _Michael Banag_

26                                Signature of Individual

27                                _Michael Banag_

28                                Printed Name of Individual

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself     )    Case No.:
    and others similarly situated          )
12                                          )    **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,           )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )    **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                    Defendant.            )
                                            )

16

17         I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

26  Dated: JAN 30 , 2009                    _____
                                            Signature of Individual
27                                          *Laura I. Barragan*
                                            _____
28                                          Printed Name of Individual

---

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself   )   Case No.:
    and others similarly situated        )
12                                        )   **CONSENT TO BE INCLUDED AS AN**
                     Plaintiffs,          )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                    )   **216(b)]**
                                          )
14  COUNTY OF SACRAMENTO,                 )
                                          )
15                   Defendant.           )

16

17         I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

26  Dated: _1-29_____, 2009          _Ryer Ban_____
                                          Signature of Individual
27                                        _Rajind Basi_____
                                          Printed Name of Individual
28

---

CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself      )   Case No.:
    and others similarly situated           )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                       Plaintiffs,          )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )   **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                     Defendant.           )

16

17       I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

26  Dated: __1/27/09__, 2009          _____
                                       Signature of Individual

27                                     ___Karen Bautista_____
                                       Printed Name of Individual
28

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8                 IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself      )    Case No.:
   and others similarly situated           )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,            )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                      )    **216(b)]**
                                           )
14 COUNTY OF SACRAMENTO,                   )
                                           )
15                  Defendant.             )

16

        I have been employed by the County of Sacramento within the last three years from the date
17
   indicated below, and I am generally familiar with the above-captioned litigation.  The County of
18
   Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the
19
   Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned
20
   litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
   Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
   that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
   to make all decisions with respect to the conduct and handling of this case, including the settlement
24
   thereof as they deem appropriate and/or necessary.
25
   Dated:____1/21____, 2009          _Randal Beebe_____
26                                    Signature of Individual
27                                    _____
28                                    Printed Name of Individual

---

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself      )      Case No.:
    and others similarly situated           )
12                                          )      **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,             )      **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )      **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                  Defendant.              )

16  ────────────────────────────────

17          I have been employed by the County of Sacramento within the last three years from the date

    indicated below, and I am generally familiar with the above-captioned litigation.   The County of
18
    Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the
19
    Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned
20
    litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
    to make all decisions with respect to the conduct and handling of this case, including the settlement
24
    thereof as they deem appropriate and/or necessary.
25
    Dated: 1 - 16            , 2009          _____
26                                           Signature of Individual

27                                           Joseph Bellecci
                                             _____
28                                           Printed Name of Individual

─────────────────────────────────────────────────────────────────────────────
CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | DAVID D. KING, ESQ. (SBN 252074)
ISAAC S. STEVENS, ESQ. (SBN 251245)
3 | **MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
4 | *A Professional Corporation*
1912 "I" Street
5 | Sacramento, California 95814
Telephone: (916) 446-4692
6 | Facsimile: (916) 447-4614

7 | Attorneys for Plaintiffs

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | JEFFREY HORTON, acting for himself    )    Case No.:
and others similarly situated          )
12 |                                       )    **CONSENT TO BE INCLUDED AS AN**
                                        )    **INDIVIDUAL PLAINTIFF [29 USC**
13 | v.          Plaintiffs,              )    **216(b)]**
                                        )
14 | COUNTY OF SACRAMENTO,                 )
                                        )
15 |              Defendant.              )

16

17 |        I have been employed by the County of Sacramento within the last three years from the date

18 | indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 | Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 | Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21 | litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22 | Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 | that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24 | to make all decisions with respect to the conduct and handling of this case, including the settlement

25 | thereof as they deem appropriate and/or necessary.

26 | Dated: January 16, 2009                _____
                                         Signature of Individual

27 |                                        _____
                                         Printed Name of Individual

28

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself     )    Case No.:
    and others similarly situated          )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                 Plaintiffs,               )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                     )    **216(b)]**
                                           )
14  COUNTY OF SACRAMENTO,                  )
                                           )
15               Defendant.                )

16
        I have been employed by the County of Sacramento within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation.  The County of
18
    Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the
19
    Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned
20
    litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
    to make all decisions with respect to the conduct and handling of this case, including the settlement
24
    thereof as they deem appropriate and/or necessary.
25
    Dated: ~~January~~ 11 16 , 2009          _____
26                                            Signature of Individual
27                                            GARY BERTUCCELLI
                                              _____
28                                            Printed Name of Individual

CONSENT TO BE INCLUDED                        *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself      )   Case No.:
    and others similarly situated           )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                 Plaintiffs,                )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )   **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                 Defendant.               )

16

17         I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

26  Dated: January 16, 2009

27                                              _____
                                                Signature of Individual
28
                                                Alan J. Blalock
                                                _____
                                                Printed Name of Individual

---

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself      )   Case No.:
   and others similarly situated           )
12                                         )   **CONSENT TO BE INCLUDED AS AN**
                 Plaintiffs,               )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                      )   **216(b)]**
                                           )
14 COUNTY OF SACRAMENTO,                   )
                                           )
15               Defendant.                )

16

17        I have been employed by the County of Sacramento within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21 litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24 to make all decisions with respect to the conduct and handling of this case, including the settlement

25 thereof as they deem appropriate and/or necessary.

26 Dated: 1/26, 2009
                                           _____
27                                         Signature of Individual

                                           *Marcel Bonardo*
28                                         _____
                                           Printed Name of Individual

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself      )      Case No.:
    and others similarly situated           )
12                                          )      **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,             )      **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )      **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                  Defendant.              )

16  _____

17         I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b). I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

26  Dated: JANUARY 26, 2009
                                              _____
27                                            Signature of Individual

                                              MICHAEL   G.   BOYCE
28                                            _____
                                              Printed Name of Individual

_____
CONSENT TO BE INCLUDED                         *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself      )   Case No.:
   and others similarly situated           )
12                                         )   **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,        )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                      )   **216(b)]**
                                           )
14 COUNTY OF SACRAMENTO,                   )
                                           )
15                      Defendant.         )

16
        I have been employed by the County of Sacramento within the last three years from the date
17
   indicated below, and I am generally familiar with the above-captioned litigation.  The County of
18
   Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the
19
   Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned
20
   litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
   Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
   that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
   to make all decisions with respect to the conduct and handling of this case, including the settlement
24
   thereof as they deem appropriate and/or necessary.
25
   Dated: _____, 2009        _____
26                             Signature of Individual
27                             _____
                               Printed Name of Individual
28

---

CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself        )     Case No.:
    and others similarly situated             )
12                                            )     **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,             )     **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                        )     **216(b)]**
                                              )
14  COUNTY OF SACRAMENTO,                     )
                                              )
15                    Defendant.              )

16
          I have been employed by the County of Sacramento within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation.  The County of
18
    Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the
19
    Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned
20
    litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
    to make all decisions with respect to the conduct and handling of this case, including the settlement
24
    thereof as they deem appropriate and/or necessary.
25
    Dated: 01 / 22 , 2009        _____
26                                Signature of Individual
27                                BRENT D. BUGARIN
                                  _____
28                                Printed Name of Individual

CONSENT TO BE INCLUDED                        *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself      )      Case No.:
    and others similarly situated           )
12                                          )      **CONSENT TO BE INCLUDED AS AN**
                         Plaintiffs,        )      **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )      **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                       Defendant.         )
                                            )
16  _____

17        I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

    Dated:  1/23 , 2009              _____
26                                   Signature of Individual

27                                   _____
                                     Printed Name of Individual
28

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1    DAVID P. MASTAGNI, ESQ. (SBN 57721)
     DAVID E. MASTAGNI, ESQ. (SBN 204244)
2    DAVID D. KING, ESQ. (SBN 252074)
     ISAAC S. STEVENS, ESQ. (SBN 251245)
3    **MASTAGNI, HOLSTEDT, AMICK,**
     **MILLER, JOHNSEN & UHRHAMMER**
4    *A Professional Corporation*
     1912 "I" Street
5    Sacramento, California 95814
     Telephone: (916) 446-4692
6    Facsimile: (916) 447-4614

7    Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11    JEFFREY HORTON, acting for himself   )     Case No.:
     and others similarly situated          )
12                                   )     **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,    )     **INDIVIDUAL PLAINTIFF [29 USC**
13    v.                             )     **216(b)]**
                                  )
14    COUNTY OF SACRAMENTO,       )
                                  )
15                   Defendant.    )

16    _____

17         I have been employed by the County of Sacramento within the last three years from the date

18    indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19    Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20    Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21    litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23    that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24    to make all decisions with respect to the conduct and handling of this case, including the settlement

25    thereof as they deem appropriate and/or necessary.

26    Dated: 1-16- _____, 2009         _____
                                          Signature of Individual

27                                _____
                                          Printed Name of Individual

28

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | DAVID D. KING, ESQ. (SBN 252074)
ISAAC S. STEVENS, ESQ. (SBN 251245)
3 | **MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
4 | *A Professional Corporation*
1912 "I" Street
5 | Sacramento, California 95814
Telephone: (916) 446-4692
6 | Facsimile: (916) 447-4614

7 | Attorneys for Plaintiffs

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | JEFFREY HORTON, acting for himself    )        Case No.:
and others similarly situated          )
12 |                                        )        **CONSENT TO BE INCLUDED AS AN**
                                        )        **INDIVIDUAL PLAINTIFF [29 USC**
13 | Plaintiffs,                            )        **216(b)]**
v.                                      )
14 |                                        )
COUNTY OF SACRAMENTO,                   )
15 |                                        )
Defendant.                     )

16

17 |     I have been employed by the County of Sacramento within the last three years from the date

18 | indicated below, and I am generally familiar with the above-captioned litigation. The County of

19 | Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 | Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21 | litigation and to be awarded damages if any are recovered. I understand that the law offices of

22 | Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 | that this consent form will be filed with the court pursuant to 29 USC 216(b). I authorize said counsel

24 | to make all decisions with respect to the conduct and handling of this case, including the settlement

25 | thereof as they deem appropriate and/or necessary.

Dated: 16 / Jan , 2009         Arthur D Cano
26 |                                         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                         Signature of Individual

27 |                                         ARTHUR G CANO
                                         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                         Printed Name of Individual

28

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | DAVID D. KING, ESQ. (SBN 252074)
ISAAC S. STEVENS, ESQ. (SBN 251245)
3 | **MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
4 | *A Professional Corporation*
1912 "I" Street
5 | Sacramento, California 95814
Telephone: (916) 446-4692
6 | Facsimile: (916) 447-4614

7 | Attorneys for Plaintiffs

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | JEFFREY HORTON, acting for himself        )        Case No.:
and others similarly situated              )
12 |                                          )        **CONSENT TO BE INCLUDED AS AN**
                                            )        **INDIVIDUAL PLAINTIFF [29 USC**
13 |                     Plaintiffs,          )        **216(b)]**
      v.                                     )
14 |                                          )
      COUNTY OF SACRAMENTO,                   )
15 |                                          )
                     Defendant.              )

16 |

17 |     I have been employed by the County of Sacramento within the last three years from the date

18 | indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 | Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 | Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21 | litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22 | Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 | that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24 | to make all decisions with respect to the conduct and handling of this case, including the settlement

25 | thereof as they deem appropriate and/or necessary.

26 | Dated: 1\10\09         , 2009        _____
                                         Signature of Individual

27 |                                        _____
                                         Printed Name of Individual

28 |

CONSENT TO BE INCLUDED                                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN  DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself          )      Case No.:
    and others similarly situated               )
12                                              )      **CONSENT TO BE INCLUDED AS AN**
                          Plaintiffs,           )      **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                          )      **216(b)]**
                                                )
14  COUNTY OF SACRAMENTO,                       )
                                                )
15                        Defendant.            )

16  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

17          I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

    Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned
20
    litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
    to make all decisions with respect to the conduct and handling of this case, including the settlement
24
    thereof as they deem appropriate and/or necessary.
25
    Dated: JAN 20th , 2009
26                                                     _____
                                                       Signature of Individual
27                                                     GIL CASTANON III
                                                       _____
28                                                     Printed Name of Individual

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   DAVID D. KING, ESQ. (SBN 252074)
    ISAAC S. STEVENS, ESQ. (SBN 251245)
3   **MASTAGNI, HOLSTEDT, AMICK,**
    **MILLER, JOHNSEN & UHRHAMMER**
4   *A Professional Corporation*
    1912 "I" Street
5   Sacramento, California 95814
    Telephone: (916) 446-4692
6   Facsimile: (916) 447-4614

7   Attorneys for Plaintiffs

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself      )   Case No.:
    and others similarly situated           )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                       Plaintiffs,          )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )   **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                     Defendant.           )

16  ─────────────────────────────────────

17      I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

    Dated: Jan 26th, 2009          _____
26                                  Signature of Individual
27                                  _____
                                    Printed Name of Individual
28

─────────────────────────────────────────────────────────────────────────────
CONSENT TO BE INCLUDED                        *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself      )    Case No.:
    and others similarly situated           )
12                                          )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,             )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )    **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                  Defendant.              )

16

17        I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

26  Dated: January 29, 2009                    _____
                                               Signature of Individual
27
                                               Jose Castorena
28                                             _____
                                               Printed Name of Individual

CONSENT TO BE INCLUDED                        *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN  DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself   )   Case No.:
    and others similarly situated        )
12                                       )   **CONSENT TO BE INCLUDED AS AN**
                          Plaintiffs,    )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                   )   **216(b)]**
                                         )
14  COUNTY OF SACRAMENTO,                )
                                         )
15                        Defendant.     )

16  ─────────────────────────────

17      I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

    Dated: *1 - 16*            , 2009
26                                         _____
                                           Signature of Individual
27
                                           *Ignacio Cervantes*
28                                         _____
                                           Printed Name of Individual

─────────────────────────────────────────────────────

CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   DAVID D. KING, ESQ. (SBN 252074)
    ISAAC S. STEVENS, ESQ. (SBN 251245)
3   **MASTAGNI, HOLSTEDT, AMICK,**
    **MILLER, JOHNSEN & UHRHAMMER**
4   *A Professional Corporation*
    1912 "I" Street
5   Sacramento, California 95814
    Telephone: (916) 446-4692
6   Facsimile: (916) 447-4614

7   Attorneys for Plaintiffs

8                 IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself    )   Case No.:
    and others similarly situated         )
12                                        )   **CONSENT TO BE INCLUDED AS AN**
                         Plaintiffs,      )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                    )   **216(b)]**
                                          )
14  COUNTY OF SACRAMENTO,                 )
                                          )
15                       Defendant.       )
                                          )

16
            I have been employed by the County of Sacramento within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation.  The County of
18
    Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the
19
    Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned
20
    litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
    to make all decisions with respect to the conduct and handling of this case, including the settlement
24
    thereof as they deem appropriate and/or necessary.
25
    Dated: ___1/16/___, 2009          _____
26                                    Signature of Individual

27                                    _____
                                      Printed Name of Individual
28

---

CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   DAVID D. KING, ESQ. (SBN 252074)
    ISAAC S. STEVENS, ESQ. (SBN 251245)
3   **MASTAGNI, HOLSTEDT, AMICK,**
    **MILLER, JOHNSEN & UHRHAMMER**
4   *A Professional Corporation*
    1912 "I" Street
5   Sacramento, California 95814
    Telephone: (916) 446-4692
6   Facsimile: (916) 447-4614

7   Attorneys for Plaintiffs

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself      )      Case No.:
    and others similarly situated           )
12                                          )      **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,         )      **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )      **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                      Defendant.          )

16 ──────────────────────────────

17         I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

26  Dated:____1 / 16____, 2009            _____
                                          Signature of Individual

27                                        REAGAN CHAN
                                          _____
28                                        Printed Name of Individual

────────────────────────────────────────────────

CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
     DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   DAVID D. KING, ESQ. (SBN 252074)
     ISAAC S. STEVENS, ESQ. (SBN 251245)
3   **MASTAGNI, HOLSTEDT, AMICK,**
     **MILLER, JOHNSEN & UHRHAMMER**
4   *A Professional Corporation*
     1912 "I" Street
5   Sacramento, California 95814
     Telephone: (916) 446-4692
6   Facsimile: (916) 447-4614

7   Attorneys for Plaintiffs

8               IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11   JEFFREY HORTON, acting for himself   )     Case No.:
     and others similarly situated          )
12                                )     **CONSENT TO BE INCLUDED AS AN**
                Plaintiffs,     )     **INDIVIDUAL PLAINTIFF [29 USC**
13   v.                                )     **216(b)]**
                               )
14   COUNTY OF SACRAMENTO,        )
                               )
15                Defendant.     )

16   _____

17        I have been employed by the County of Sacramento within the last three years from the date

18   indicated below, and I am generally familiar with the above-captioned litigation. The County of

     Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the
19
     Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned
20
     litigation and to be awarded damages if any are recovered. I understand that the law offices of
21
     Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
     that this consent form will be filed with the court pursuant to 29 USC 216(b). I authorize said counsel
23
     to make all decisions with respect to the conduct and handling of this case, including the settlement
24
     thereof as they deem appropriate and/or necessary.
25
     Dated: _1/16_____, 2009
26
                                      _____
                                      Signature of Individual
27
                                   FRANCISCO CHIQVILLI
28                                    Printed Name of Individual

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | DAVID D. KING, ESQ. (SBN 252074)
ISAAC S. STEVENS, ESQ. (SBN 251245)
3 | **MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
4 | *A Professional Corporation*
1912 "I" Street
5 | Sacramento, California 95814
Telephone: (916) 446-4692
6 | Facsimile: (916) 447-4614

7 | Attorneys for Plaintiffs

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | JEFFREY HORTON, acting for himself    )    Case No.:
and others similarly situated    )
12 |    )    **CONSENT TO BE INCLUDED AS AN**
   Plaintiffs,    )    **INDIVIDUAL PLAINTIFF [29 USC**
13 | v.    )    **216(b)]**
   )
14 | COUNTY OF SACRAMENTO,    )
   )
15 |    Defendant.    )

16 |

17 |     I have been employed by the County of Sacramento within the last three years from the date

18 | indicated below, and I am generally familiar with the above-captioned litigation. The County of

19 | Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 | Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21 | litigation and to be awarded damages if any are recovered. I understand that the law offices of

22 | Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 | that this consent form will be filed with the court pursuant to 29 USC 216(b). I authorize said counsel

24 | to make all decisions with respect to the conduct and handling of this case, including the settlement

25 | thereof as they deem appropriate and/or necessary.

26 | Dated: /26            , 2009         *Catney Christopher*
                                         Signature of Individual

27 |                                       *Cartney Christopher*
                                         Printed Name of Individual

28 |

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself          )   Case No.:
   and others similarly situated               )
12                                             )   **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,              )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                          )   **216(b)]**
                                               )
14 COUNTY OF SACRAMENTO,                       )
                                               )
15                    Defendant.               )

16        I have been employed by the County of Sacramento within the last three years from the date

17 indicated below, and I am generally familiar with the above-captioned litigation.  The County of

18 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

19 Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

20 litigation and to be awarded damages if any are recovered.  I understand that the law offices of

21 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

22 that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

23 to make all decisions with respect to the conduct and handling of this case, including the settlement

24 thereof as they deem appropriate and/or necessary.

25 Dated: 1/26 , 2009            _____
                                  Signature of Individual
26

27                                Christina Chung
                                  _____
28                                Printed Name of Individual

---

CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   DAVID D. KING, ESQ. (SBN 252074)
    ISAAC S. STEVENS, ESQ. (SBN 251245)
3   **MASTAGNI, HOLSTEDT, AMICK,**
    **MILLER, JOHNSEN & UHRHAMMER**
4   *A Professional Corporation*
    1912 "I" Street
5   Sacramento, California 95814
    Telephone: (916) 446-4692
6   Facsimile: (916) 447-4614

7   Attorneys for Plaintiffs

8            IN THE UNITED STATES DISTRICT COURT

9              EASTERN  DISTRICT OF CALIFORNIA

10

11   JEFFREY HORTON, acting for himself     )    Case No.:
    and others similarly situated            )
12                                    )    **CONSENT TO BE INCLUDED AS AN**
                  Plaintiffs,        )    **INDIVIDUAL PLAINTIFF [29 USC**
13   v.                                    )    **216(b)]**
                                   )
14   COUNTY OF SACRAMENTO,         )
                                   )
15                   Defendant.        )

16   _____

17        I have been employed by the County of Sacramento within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation.   The County of

19 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 Fair Labor Standards Act.   I therefore consent to be included as a Plaintiff in the above-mentioned

21 litigation and to be awarded damages if any are recovered.   I understand that the law offices of

22 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 that this consent form will be filed with the court pursuant to 29 USC 216(b).   I authorize said counsel

24 to make all decisions with respect to the conduct and handling of this case, including the settlement

25 thereof as they deem appropriate and/or necessary.

26 Dated: January 16th, 2009                   _____
                                               Signature of Individual

27                                  MARK S. Coleman
                                 Printed Name of Individual

28

---

CONSENT TO BE INCLUDED                              *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | DAVID D. KING, ESQ. (SBN 252074)
ISAAC S. STEVENS, ESQ. (SBN 251245)
3 | **MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
4 | *A Professional Corporation*
1912 "I" Street
5 | Sacramento, California 95814
Telephone: (916) 446-4692
6 | Facsimile: (916) 447-4614

7 | Attorneys for Plaintiffs

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | JEFFREY HORTON, acting for himself )     Case No.:
and others similarly situated           )
12 |                                        )   **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,      )   **INDIVIDUAL PLAINTIFF [29 USC**
13 | v.                                     )   **216(b)]**
                                        )
14 | COUNTY OF SACRAMENTO,          )
                                        )
15 |                         Defendant.     )

16 |

17 |         I have been employed by the County of Sacramento within the last three years from the date

18 | indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 | Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 | Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21 | litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22 | Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 | that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24 | to make all decisions with respect to the conduct and handling of this case, including the settlement

25 | thereof as they deem appropriate and/or necessary.

26 | Dated: 1/29/  , 2009

27 |                                             Signature of Individual

28 |                                             DAVID COOK
                                             Printed Name of Individual

---

CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself   )   Case No.:
    and others similarly situated        )
12                                        )   **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,       )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                    )   **216(b)]**
                                          )
14  COUNTY OF SACRAMENTO,                 )
                                          )
15                      Defendant.        )

16  _____

17          I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered. I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b). I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

26  Dated: January 30, 2009          _____
                                      Signature of Individual

27                                    Kimberly Corley
                                      _____
28                                    Printed Name of Individual

_____
CONSENT TO BE INCLUDED                        *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself    )    Case No.:
   and others similarly situated          )
12                                        )    **CONSENT TO BE INCLUDED AS AN**
                  Plaintiffs,             )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                     )    **216(b)]**
                                          )
14 COUNTY OF SACRAMENTO,                  )
                                          )
15                Defendant.              )

16

17      I have been employed by the County of Sacramento within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21 litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24 to make all decisions with respect to the conduct and handling of this case, including the settlement

25 thereof as they deem appropriate and/or necessary.

26 Dated: 1 29 09 , 2009         _____
                                    Signature of Individual

27                                  _____
                                    Printed Name of Individual

28

---
CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself    )    Case No.:
   and others similarly situated         )
12                                        )    **CONSENT TO BE INCLUDED AS AN**
                 Plaintiffs,              )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                     )    **216(b)]**
                                          )
14 COUNTY OF SACRAMENTO,                  )
                                          )
15               Defendant.               )

16

17       I have been employed by the County of Sacramento within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21 litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24 to make all decisions with respect to the conduct and handling of this case, including the settlement

25 thereof as they deem appropriate and/or necessary.

26 Dated: 1 - 16        , 2009        _____
                                      Signature of Individual
27
                                      _____
28                                    Printed Name of Individual
                                      Alberto Cortes

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   DAVID D. KING, ESQ. (SBN 252074)
    ISAAC S. STEVENS, ESQ. (SBN 251245)
3   **MASTAGNI, HOLSTEDT, AMICK,**
    **MILLER, JOHNSEN & UHRHAMMER**
4   *A Professional Corporation*
    1912 "I" Street
5   Sacramento, California 95814
    Telephone: (916) 446-4692
6   Facsimile: (916) 447-4614

7   Attorneys for Plaintiffs

8                  IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself    )   Case No.:
    and others similarly situated         )
12                                        )   **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,         )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                    )   **216(b)]**
                                          )
14  COUNTY OF SACRAMENTO,                 )
                                          )
15                    Defendant.          )

16
        I have been employed by the County of Sacramento within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation.  The County of
18
    Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the
19
    Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned
20
    litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
    to make all decisions with respect to the conduct and handling of this case, including the settlement
24
    thereof as they deem appropriate and/or necessary.
25
    Dated: January 16 , 2009         _____
26                                   Signature of Individual
27                                   Carlo Cottengim
                                     _____
28                                   Printed Name of Individual

---

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself     )     Case No.:
    and others similarly situated          )
12                                          )     **CONSENT TO BE INCLUDED AS AN**
                   Plaintiffs,              )     **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )     **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                 Defendant.               )

16

17          I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

    Dated: _January 29th_, 2009          _Christina M. Crabtree_
26                                         Signature of Individual

27                                         _Christina McNamara Crabtree_

28                                         Printed Name of Individual

---

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself      )   Case No.:
   and others similarly situated           )
12                                         )   **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,          )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                      )   **216(b)]**
                                           )
14 COUNTY OF SACRAMENTO,                   )
                                           )
15                    Defendant.           )

16
          I have been employed by the County of Sacramento within the last three years from the date
17
   indicated below, and I am generally familiar with the above-captioned litigation.  The County of
18
   Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the
19
   Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned
20
   litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
   Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
   that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
   to make all decisions with respect to the conduct and handling of this case, including the settlement
24
   thereof as they deem appropriate and/or necessary.
25
   Dated: _Jan. 22_____, 2009          _____
26                                      Signature of Individual
27                                      _LEON M. Croft_____
                                        Printed Name of Individual
28

---

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself      )   Case No.:
    and others similarly situated           )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                           Plaintiffs,      )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )   **216(b)]**
                                            )
14  COUNTY OF SACRAMENTO,                   )
                                            )
15                         Defendant.       )

16  ─────────────────────────────

17        I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

    litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
    to make all decisions with respect to the conduct and handling of this case, including the settlement
24
    thereof as they deem appropriate and/or necessary.
25
    Dated: _21 JAN____, 2009      _____
26                                Signature of Individual

27                                T⟨ANIA⟩ M. CROWE
                                  _____
28                                Printed Name of Individual

CONSENT TO BE INCLUDED                    *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself      )        Case No.:
    and others similarly situated            )
12                                           )        **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,          )        **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )        **216(b)]**
                                             )
14  COUNTY OF SACRAMENTO,                    )
                                             )
15                      Defendant.           )

16

17       I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

    Dated: January 27 , 2009
26                                                 _____
                                                   Signature of Individual
27                                                 _____
                                                   Printed Name of Individual
28

CONSENT TO BE INCLUDED                          *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself      )   Case No.:
   and others similarly situated           )
12                                         )   **CONSENT TO BE INCLUDED AS AN**
                   Plaintiffs,             )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                      )   **216(b)]**
                                           )
14 COUNTY OF SACRAMENTO,                   )
                                           )
15                 Defendant.              )

16

17       I have been employed by the County of Sacramento within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21 litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24 to make all decisions with respect to the conduct and handling of this case, including the settlement

25 thereof as they deem appropriate and/or necessary.

   Dated: 1/29       , 2009          _____
26                                    Signature of Individual

27                                    Katrina Culverson
                                     _____
28                                    Printed Name of Individual

---

CONSENT TO BE INCLUDED                        *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself       )   Case No.:
   and others similarly situated            )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                          Plaintiffs,       )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                       )   **216(b)]**
                                            )
14 COUNTY OF SACRAMENTO,                    )
                                            )
15                        Defendant.        )

16 _____

17      I have been employed by the County of Sacramento within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

   Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned
20
   litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
   Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
   that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel
23
   to make all decisions with respect to the conduct and handling of this case, including the settlement
24
   thereof as they deem appropriate and/or necessary.
25
   Dated: 1/26/ _____, 2009        _____
26                                   Signature of Individual
27                                   Stacey Dahill
                                     _____
28                                   Printed Name of Individual

---

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 JEFFREY HORTON, acting for himself    )    Case No.:
   and others similarly situated          )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,            )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                      )    **216(b)]**
                                           )
14 COUNTY OF SACRAMENTO,                   )
                                           )
15                  Defendant.             )

16        I have been employed by the County of Sacramento within the last three years from the date

17 indicated below, and I am generally familiar with the above-captioned litigation.  The County of

18 Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

19 Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

20 litigation and to be awarded damages if any are recovered.  I understand that the law offices of

21 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

22 that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

23 to make all decisions with respect to the conduct and handling of this case, including the settlement

24 thereof as they deem appropriate and/or necessary.

25 Dated: _1/29_____, 2009

26                                         _____
                                           Signature of Individual
27
                                           _Jeffrey S. Davila_____
28                                         Printed Name of Individual

---

CONSENT TO BE INCLUDED                             *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself     )      Case No.:
    and others similarly situated          )
12                                         )      **CONSENT TO BE INCLUDED AS AN**
                         Plaintiffs,       )      **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                     )      **216(b)]**
                                           )
14  COUNTY OF SACRAMENTO,                  )
                                           )
15                       Defendant.        )

16  _____

17          I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

    Dated: January 26, 2009                   _____
26                                             Signature of Individual

27                                             Alan Dang
                                               _____
28                                             Printed Name of Individual

CONSENT TO BE INCLUDED                                  *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   DAVID D. KING, ESQ. (SBN 252074)
    ISAAC S. STEVENS, ESQ. (SBN 251245)
3   **MASTAGNI, HOLSTEDT, AMICK,**
    **MILLER, JOHNSEN & UHRHAMMER**
4   *A Professional Corporation*
    1912 "I" Street
5   Sacramento, California 95814
    Telephone: (916) 446-4692
6   Facsimile: (916) 447-4614

7   Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY HORTON, acting for himself        )   Case No.:
    and others similarly situated             )
12                                            )   **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,             )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                        )   **216(b)]**
                                              )
14  COUNTY OF SACRAMENTO,                     )
                                              )
15                    Defendant.              )

16  _____

17         I have been employed by the County of Sacramento within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20  Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24  to make all decisions with respect to the conduct and handling of this case, including the settlement

25  thereof as they deem appropriate and/or necessary.

26  Dated: January 26, 2009        _____
                                   Signature of Individual
27
                                   Ruben A. Da Selva
28                                 _____
                                   Printed Name of Individual

_____

CONSENT TO BE INCLUDED                      *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | DAVID D. KING, ESQ. (SBN 252074)
ISAAC S. STEVENS, ESQ. (SBN 251245)
3 | **MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
4 | *A Professional Corporation*
1912 "I" Street
5 | Sacramento, California 95814
Telephone: (916) 446-4692
6 | Facsimile: (916) 447-4614

7 | Attorneys for Plaintiffs

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | JEFFREY HORTON, acting for himself      )       Case No.:
and others similarly situated                )
12 |                                          )       **CONSENT TO BE INCLUDED AS AN**
                                              )       **INDIVIDUAL PLAINTIFF [29 USC**
13 |                  Plaintiffs,             )       **216(b)]**
v.                                           )
14 | COUNTY OF SACRAMENTO,                    )
                                              )
15 |                  Defendant.              )

16 |

17 |        I have been employed by the County of Sacramento within the last three years from the date

18 | indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 | Sacramento has not fully compensated me for the hours of overtime I have worked in violation of the

20 | Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21 | litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22 | Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 | that this consent form will be filed with the court pursuant to 29 USC 216(b).  I authorize said counsel

24 | to make all decisions with respect to the conduct and handling of this case, including the settlement

thereof as they deem appropriate and/or necessary.

25 | Dated: _1-16____, 2009                            _____
26 |                                                   Signature of Individual
27 |                                                   _____
                                                      Harbhajan Dass
28 |                                                   Printed Name of Individual

CONSENT TO BE INCLUDED                               *Jeffrey Horton, et al. v. County of Sacramento*
AS AN INDIVIDUAL PLAINTIFF

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Jeffrey Horton, et al.

**DEFENDANTS**
COUNTY OF SACRAMENTO

**(b)** County of Residence of First Listed Plaintiff    Solano
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Sacramento
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David P. Mastagni, David E. Mastagni, Isaac S. Stevens, David D., King
Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrammer
1912 I Street, Sacramento, CA  95811  (916) 446-4692

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☒ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. Section 207
Brief description of cause:
Failure to pay all overtime owed

## VII. REQUESTED IN
COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S)
IF ANY
(See instructions):
JUDGE

DOCKET NUMBER

DATE
3/20/09

SIGNATURE OF ATTORNEY OF RECORD
David E. Mastgni

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT                    APPLYING IFP                    JUDGE                    MAG. JUDGE