| | |
|---|---|
| 1 | DAVID P. MASTAGNI, ESQ. (SBN 57721) |
| | DAVID E. MASTAGNI, ESQ. (SBN 204244) |
| 2 | ISAAC S. STEVENS, ESQ. (SBN 251245) |
| | DAVID D. KING, ESQ. (SBN 252074) |
| 3 | **MASTAGNI, HOLSTEDT, AMICK,** |
| | **MILLER, JOHNSEN & UHRHAMMER** |
| 4 | *A Professional Corporation* |
| | 1912 "I" Street |
| 5 | Sacramento, California 95811 |
| | Telephone: (916) 446-4692 |
| 6 | Facsimile: (916) 447-4614 |
| 7 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | JEFFREY HORTON, ESPERANZA ABARCA, ) | CASE NO. 2:09-CV-00806-FCD-DAD |
| | YOLANDA ADAMS, SIMON AKAKA, ) | |
| 11 | RYAN ALLIGUE, EDITH ARCEO, SAUL ) | **STIPULATION AND ORDER TO** |
| | ARCOS, THOMAS BALLAS, MICHAEL ) | **REMOVE INADVERTENTLY INCLUDED** |
| 12 | BANAG, LAURA BARRAGAN, RAJIND ) | **DOCUMENT** |
| | BASI, KAREN BAUTISTA, RANDAL ) | |
| 13 | BEEBE, JOSEPH BELLECCI, STACY ) | |
| | BERRY, GARY BERTUCCELLI, ALAN ) | |
| 14 | BLALOCK, MARCEL BONAARDD, ) | |
| | MICHAEL BOYCE, ROBIN BOYLE, BRENT ) | |
| 15 | BUGARIN, CHELSI BURGESS, SHAWNA ) | |
| | BUTLER, ARTHUR CANO, JAMES CAREY, ) | |
| 16 | GIL CASTANON, MIA CASTELLANOS, ) | |
| | JOSE CASTORENA, IGNACIO ) | |
| 17 | CERVANTES, JOSE CERVANTES, REAGAN ) | |
| | CHAN, ALMA CHAVEZ, FRANCISCO ) | |
| 18 | CHIQUILLO, CORTNEY CHRISTOPHER, ) | |
| | CHRISTINA CHUNG, MARK COLEMAN, ) | |
| 19 | DAVID COOK, KIMBERLY CORLEY, ) | |
| | DAISY LU CORNEJO, ALBERTO CORTES, ) | |
| 20 | CARLO COTTENGIM, CHRISTINA ) | |
| | CRABTREE, LEON CRAFT, TANA CROWE, ) | |
| 21 | JACOB CULLERS, KATRINA CULVERSON, ) | |
| | RUBEN DA SILVA, STACEY DAHILL, ) | |
| 22 | JEFFREY DAIGLE, ALAN DANG, ) | |
| | HARBHAJAN DASS, TANEYA DAVIS, ) | |
| 23 | HARRY DAYDUFF, NICOLE DE LA RIVA, ) | |
| | DONDI DECENA, COSSONDRA ) | |
| 24 | DEHERRERA, RUDY DEL REAL, MARCOS ) | |
| | DIAZ, SANDY DO, NADINE DONALDSON, ) | |
| 25 | LATRICE DOUGLAS, MELISSA DUGAN, ) | |
| | MANPREET DULAI, DENISE EASTERLING, ) | |
| 26 | DIANA ELLERING, ROSALIND ERBY, ) | |
| | MONIQUE ESPITIA, PAUL ESTEVES, ) | |
| 27 | EMMANUEL ESTRADA, CARLOS ) | |
| | ESTRELLA, SHANNON EUBANKS, ) | |
| 28 | | |

| | | |
|---|---|---|
| 1 | BRITTANY EVELETH, SALESA FAALAU, TAYLOR FEIGIN, YESENIA FELIX, | ) ) |
| 2 | MARIA FERNANDEZ, EDWARD FONG, JAMES FORD II, ADAM FRAZIER, | ) ) |
| 3 | JENNIFER FRITZ, SHANNON GASPER, KHALILAH GILDERSLEEVE, RACHEL | ) ) |
| 4 | GOMEZ, JUSTIN GOMPERT, JENNIFER GRAHAM, ASHLIE GRAY, MARIA | ) ) |
| 5 | GRIFFITTS, YANETT GUERRERO, JEFFREY GUSTAFSON, ROSS HAINES, | ) ) |
| 6 | BRIAN HAM, KEITH HARRISON, KENNY HEE, RAMONA HERRERA, CHARLES | ) ) |
| 7 | HINES, ABBIE HOGG, DENNIS HOLLAR, MYCSHIA HUDSON, MICHELLE | ) ) |
| 8 | INGOLDSBY, BRIAN INIGUEZ, CRISTOPHER JACKSON, CASSIE | ) ) |
| 9 | JACKSON, AUDREY JONES, AMANI JONES, SHELLEY KAISER, NATASHA | ) ) |
| 10 | KERAWALA, TOMASA KIZER, JENNIE KOREEN, TIMOTHY KUWAZAKI, | ) ) |
| 11 | JOSEPH LANDENBERGER, LARINO LAZO, JASON LENTEN, AIMEE | ) ) |
| 12 | LESCALLETT, JEFFREY LEVASSEUR, CHARLES LEWIS, LOGAN LINARES, | ) ) |
| 13 | SYLVIA LONG, EDUARDO LOPEZ, MONIKA LOPEZ, ZAHRA LOTFDLIAN, | ) ) |
| 14 | ROBERT LUNA, GABO LY, LARRY MACKEY, AMANDEEP MANN, LAURA | ) ) |
| 15 | MARTINEZ, MATTHEW MCCLENAHEN, ERICA MCGUIRE, DOMINA MISE, | ) ) |
| 16 | LINDSEY MITCHELL, ARLENA MITROVIC, JOSH MORENO, GRANT | ) ) |
| 17 | MURRAY, MATTHEW NAVA, JOHN NEWSOME, PAUL NUA, MICHAEL | ) ) |
| 18 | OCAMPO, RAY OLLIE, SARAH OWNBEY, LAURA PAPASIAN, RONALD | ) ) |
| 19 | PARKER, DHARMENDRA PEGANY, PETER PEREZ, PAUL PHAM, STARLIE | ) ) |
| 20 | PINES, KRISTIN PLAIN, PATRICE PRATT, MICHEL RAMIREZ, FRANCISCO | ) ) |
| 21 | RECINOS, CHARLES RICH, CHEREE ROBINSON, MICHAEL SANDERS, GITA | ) ) |
| 22 | SIROOSMEHR, KEYANA SMITH, JASON SOMERA, JASON STALDER, KALILI | ) ) |
| 23 | STALLWORTH, DIANNE STEELE, PATTY STIVER, GREGORY STUBER, | ) ) |
| 24 | JAMES SUMNER, LINDSAY TAMAGNI, LATOYA TAYLOR, ALEXANDER | ) ) |
| 25 | TAYLOR, JAMES TERRELL, IOHLA THOMAS, DAVID THOMPSON, JOSEPH | ) ) |
| 26 | TORRES, JUSTIN TRACY, GREGORY TURNER, CHRISTINA VOYCE, | ) ) |
| 27 | TONDALAY WEBB, CHAKA WILSON, JOE WILSON, JAMES WILSON, JOANNA | ) ) |
| 28 | WILSON, PAO XIONG, SHAWN XIONG, | ) |

|   |   |   |
|---|---|---|
| 1 | MAI LEE YANG and ANDREW YOUNG acting for themselves and others similarly situated | ) ) ) |
| 2 | | ) |
| 3 | Plaintiffs | ) ) |
| 4 | v. | ) ) |
| 5 | COUNTY OF SACRAMENTO | ) ) |
| 6 | Defendant. | ) |

## Stipulation

Plaintiffs JEFFREY HORTON, et al., and Defendant COUNTY OF SACRAMENTO, by and through respective counsel, hereby stipulate as follows:

1. Plaintiffs filed a Complaint in the above-entitled matter on March 20, 2009. Defendant was served on March 24, 2009.

2. Docket Item No. 1 of the instant case contains the original Complaint, Civil Case cover sheet, and approximately one hundred seventy-one (171) individual Consent to be Included as an Individual Plaintiff [29 U.S.C. 216(b)] forms.

3. On March 24, 2009, Plaintiffs' counsel discovered that it had inadvertently included a document page entitled "SACRAMENTO COUNTY PROBATION DEPARTMENT INFORMATION SHEET", designated as Docket Item No.1, Document 1-2, Page 3 of 61 in the filing of its original Complaint.

4. The inadvertently included document page reflects confidential attorney work-product, and contains personal mailing address, telephone numbers, social security number, birth date and other personal information related to individual Plaintiff YOLANDA ADAMS, a Sacramento County Probation Officer.

5. The personal address, social security number and telephone numbers contained in the inadvertently filed document page are sensitive information which was not intended to be made public, and are irrelevant to the Complaint.

///

1  6.  Upon discovering the error, Plaintiffs' counsel immediately called the ECF Help Desk, which informed Plaintiffs' counsel that Docket Item No. 1, in its entirety, would be placed under seal. Plaintiffs' counsel also contacted Defendant's counsel and requested the above-mentioned document page be removed and destroyed or returned to Plaintiff's counsel's offices.

7.  On March 25, 2009, Plaintiffs' counsel filed a Notice of Motion and Motion To Remove Incorrectly Filed Documents And Motion To Antedate, Proposed Order, and Notice Of Errata, along with the correct Consent to be Included as an Individual Plaintiff for Plaintiff YOLANDA ADAMS.

8.  In a minute order issued on April 3, 2009, Plaintiffs' Motions were denied as procedurally defective.

9.  On April 10, 2009, Plaintiffs filed a First Amended Complaint in the above-entitled action.

10. Presently, Docket Item No. 1, comprising the original Complaint and approximately one hundred seventy-one (171) individual Consent to be Included as an Individual Plaintiff forms remain under seal. The above-mentioned inadvertently filed document page containing confidential information remains as <u>Docket Item No.1, Document 1-2, Page 3 of 61</u>.

11. Parties agree that replacing Docket Item #1, in its entirety, with a redacted version of the Court Stamped document consisting of Civil Cover Sheet, Complaint, and Consent to be Included as an Individual Plaintiff forms, <u>but omitting the inadvertently filed document page</u>, will preserve and protect the confidential and private information of individual plaintiff YOLANDA ADAMS and any attorney-client work product information disclosed by the inadvertent filing.

12. Attached as Exhibit A to the instant Stipulation and [Proposed] Order is a document identical to Docket Item No. 1, consisting of Civil Cover Sheet, Complaint, and Consent to be Included as an Individual Plaintiff forms, <u>but omitting the inadvertently filed document page</u> entitled "SACRAMENTO COUNTY PROBATION DEPARTMENT INFORMATION SHEET", formerly designated as Docket Item No.1, Document 1-2, Page 3 of 61.

///

13. Parties agree that after replacing Docket Item #1 as described above, no seal need be maintained upon Docket Item No. 1, and accordingly, the existing seal should be lifted.

IT IS THEREFORE STIPULATED, by and between the parties, through their respective counsel, that:

1. Docket Item No. 1, consisting of Civil Cover Sheet, Complaint, and Consent to be Included as an Individual Plaintiff forms, should be replaced with the redacted Docket Item No. 1 enclosed herein as Exhibit A.

2. The seal currently placed upon Docket Item No. 1 should be lifted, after it has been replaced with the redacted Docket Item No. 1.

RESPECTFULLY SUBMITTED.

Dated: June 18, 2009            MASTAGNI, HOLSTEDT, AMICK,
                                MILLER, JOHNSEN & UHRHAMMER

                                By:      /s/
                                DAVID E. MASTAGNI
                                Attorney for Plaintiffs

Dated: June 18, 2009            PORTER SCOTT

                                By:      /s/
                                JOHN R. WHITEFLEET
                                Attorney for Defendant

**IT IS SO ORDERED.**

Dated: June 23, 2009            _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE