1 DAVID E. MASTAGNI, ESQ. (SBN 204244)
JAMES CARR, ESQ. (SBN 53274)
2 JEFFREY R. A. EDWARDS, ESQ. (SBN 265597)
**MASTAGNI, HOLSTEDT, AMICK,**
3 **MILLER & JOHNSEN**
*A Professional Corporation*
4 1912 "I" Street
Sacramento, California 95811
5 Telephone: (916) 446-4692
Facsimile:  (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HORTON et al, acting for themselves and other similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SACRAMENTO,<br><br>        Defendant. | CASE NO.   2:09-CV-00806-FCD-KJN<br><br>**NOTICE OF SETTLEMENT** |

The parties in the above entitled cause of action have reached a conditional settlement. Accordingly, the parties request this court stay all proceedings for 90 days pending the Court's consideration of the parties' request for approval of the settlement agreement and dismissal of this case. Upon obtaining approval and execution of the settlement agreement, the parties shall forthwith file with the Court a Stipulation re Approval of Settlement Agreement and Dismissal with Prejudice and [Proposed] Order Thereon.

                                                MASTAGNI, HOLSTEDT, AMICK,
                                                MILLER & JOHNSEN


Dated: January 13, 2011                         By:   /s/ Jeffrey R. A. Edwards
                                                      JEFFREY R. A. EDWARDS
                                                      Attorney for Plaintiffs

1 PORTER SCOTT

3 Dated: January 13, 2011   By:   /s/ John R. Whitefleet
JOHN R. WHITEFLEET
4 Attorney for Defendant