IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY HORTON et al.,

    Plaintiffs,     No. 2:09-cv-00806 FCD KJN

    v.

COUNTY OF SACRAMENTO,

    Defendant.     ORDER
_____/

    In light of the Notice of Settlement filed by plaintiffs on January 13, 2011 (Dkt. No. 43), IT IS HEREBY ORDERED that plaintiffs' motion to compel (Dkt. No. 37), which is presently set for a hearing before the undersigned on January 27, 2011, is dropped from the calendar. Plaintiffs may re-notice their motion to compel if necessary.

    IT IS SO ORDERED.

DATED: January 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1