1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  JAMES B. CARR (SBN 53724)
   JEFFREY R.A. EDWARDS (SBN 265597)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95811
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 JEFFREY HORTON et al., acting for themselves and others similar situated,

   CASE NO.**: 2:09-CV-00806-FCD-DAD**

11 Plaintiffs

   **STIPULATION TO MODIFY DEADLINE TO COMPLETE PAYMENTS; ORDER**

12

13 v.

14 COUNTY OF SACRAMENTO

15 Defendant.

17     Plaintiffs JEFFREY HORTON, et al. (hereinafter collectively "Plaintiffs") and Defendant County of Sacramento ("Defendant") through their respective counsel, respectfully submit the following stipulation and request to Modify the Settlement (Docket No. 46-1) and Order (Docket No. 47) thereon:

21     1.     The parties resolved a collective action under 29 U.S.C. sections 216 in which plaintiffs, employee-members of the Sacramento County Probation Department alleged violation of the Fair Labor Standards Act, 29 U.S.C. Section 201 et seq. arising from purported failure to include remunerations in payment of overtime. The terms of the resolution are set forth in the Executed Settlement Agreement (Docket No, 46- 1). Therein, the parties agreed that payment of the Settlement Amounts listed on each plaintiff's signature and acknowledgment page, as well as to counsel for Plaintiffs shall occur within forty-five (45) calendar days of the Court's approval of this Agreement and order of dismissal in the Action. (Paragraph 2(d), Docket No. 46-1).

1

2. In its order dated April 19, 2011, the Court approved the Settlement and reserved jurisdiction over the action for the purposes of enforcing the Settlement Agreement. (Docket No. 47).

3. Due to unforseen circumstances, the payment schedule as provided in the terms of the Settlement requires extension by thirty (30) days. Accordingly, the parties hereby agree and stipulate good cause exists to allow Defendant up to and including July 2, 2011 within which to complete the payments under the Settlement.

4. Accordingly, to the extent as may be required, the parties hereby submit the Settlement at Paragraph 2(d) be modified to allow Defendant up to and including July 2, 2011 within which to complete the payments under the terms of the Settlement.

Respectfully Submitted,

Dated: June 3, 2011

**MASTAGNI, HOLSTEDT, AMICK
MILLER, JOHNSEN & UHRHAMMER**

By:   /s/ Jeffrey R.A. Edwards
David E. Mastagni
James B. Carr
Jeffrey R.A. Edwards
Attorney for Plaintiffs

Dated: June 3, 2011

**PORTER SCOTT, PC**

By:   /s/ John R. Whitefleet
John R. Whitefleet
Attorney for Defendant

**ORDER**

Good cause appearing, it is hereby ORDERED that Defendant County of Sacramento has up to and including July 2, 2011 within which to complete the payments under the terms of the Settlement.

Dated: June 3, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE